AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JOSE ANTONIO ARMENDARIZ
*Petitioner*

v.

STEVE KALLIS, WARDEN
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 2:23-cv-423-MPB-MJD
(Supplied by Clerk of Court)

FILED
08/18/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: JOSE ANTONIO ARMENDARIZ
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: USP TERRE HAUTE
   (b) Address: P.O. BOX 33, Terre Haute, IN. 47808-0033
   (c) Your identification number: 27078-279

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Southern Dist. of Texas, McAllen Division.
      (b) Docket number of criminal case: 7:09-cr-01851-7
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☒ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __Federal Bureau of Prisons Washington, D.C.__

   (b) Docket number, case number, or opinion number: __Incident Report 3680726__

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __DIS GCT 41 Days, DS 30 Days, LP COMM 120 Days, LP Visit 120 Days.__

   (d) Date of the decision or action: __Dec. 06, 2022__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __Federal Bureau of Prisons DHO__

   (2) Date of filing: __Immediately and/or about 12/12/2022__

   (3) Docket number, case number, or opinion number: __3680726__

   (4) Result: __Unknown (See attached documents)__

   (5) Date of result: _____

   (6) Issues raised: __No involvement, Actual Innocence, Owner of Alleged Affidavit Disputing Incident Report Charged and falsely convicted of. Tracking Number of Package and its address and origin where received are falsified by FBOP. See: Tracking Report Enclosed. Package sent by a vendor!__

Vendor address is valid and where necklaces originated at and from. All documents show that the FBOP is attempting to claim otherwise. See Also: Included Case Summary Page -i-

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?   N/A
☐ Yes        ☐ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?   N/A
☐ Yes        ☐ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes     ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes     ☐ No   N/A

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes     ☒ No

If "Yes," provide: N/A
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: __Disciplinary Issue.__

11. **Appeals of immigration proceedings**

   Does this case concern immigration proceedings?

   ☐ Yes   ☒ No

   If "Yes," provide:

   (a) Date you were taken into immigration custody: _____

   (b) Date of the removal or reinstatement order: _____

   (c) Did you file an appeal with the Board of Immigration Appeals?

   ☐ Yes   ☐ No

   If "Yes," provide:

   (1) Date of filing: _____
   (2) Case number: _____
   (3) Result: _____
   (4) Date of result: _____
   (5) Issues raised: _____

   (d) Did you appeal the decision to the United States Court of Appeals?

   ☐ Yes   ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Date of filing: _____
   (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes  ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**  PLRA. (See attached)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner has attempted informal resolution at all levels available to him in this matter without response from the Federal Bureau of Prisons in the matter. No response or without the ability to make proper remedy by restrictive means constitutes all PLRA has been complied by. (Dates: April 23, 2023 & 24th 2023 electronic cop-outs to staff.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO: Actual Innocence.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Affidavits from alleged sender are avaialble disputing that anything of any contraband nature was "NEVER" sent by the accused business and/or its owners. Petitioner has retained his innocence since the incident was investigated and charged against him, and still today continues in that same actual innocence claim that has been falsely accussed against him and the licensed and secured LLC company so listed against him.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

GROUND THREE: Due Process Violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner has attempted to informally resolve this matter and the Federal Bureau of Prisons has denied him his right to due process by withholding and refusing to respond to his initial appeal of the alleged incident that has continued currently with no response to current electronic cop-out requesting status and over turning of falsified accussations.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

GROUND FOUR: Loss of Good Time Credit and Multiple Sanctions that were draconian and not within policy.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
All sanctions have been listed that came without any formal chance to defend and/or appeal the matter judicially and/or bureau approved and in accord with policy for the department of justice.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Return of lost good time, all sanctions to be removed and exponged from my Federal Bureau of Prisons Institutional Record, and notice be issued to the Federal Bureau of Prisons on the rule of law concerning disciplinary actions and incident reports that shall include "Rights To Incarcerated Individuals"

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  8-14-23                                          *Jose Armendariz*
                                                        Signature of Petitioner


                                                        _____
                                                        Signature of Attorney or other authorized person, if any