UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO ARMENDARIZ, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2:23-cv-00423-MPB-MJD |
| STEVE KALLIS, | ) ) ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION FOR STATUS AND COPIES**

Petitioner Jose Antonio Armendariz's motion for copies, dkt. [13], is **GRANTED** to the extent that the **clerk is directed** to send the following along with Mr. Armendariz's copy of this Entry:

- Public Docket Sheet
- Docket No. 1 (Petition for Writ of Habeas Corpus)
- Docket No. 5 (Order to Show Cause)
- Docket No. 10 (Motion for Extension of Time)
- Docket No. 11 (Order Granting Extension of Time)

If Mr. Armendariz seeks copies of any additional docket entries, he should reference the requested docket number in any future motions.

**IT IS SO ORDERED.**

Dated: December 6, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JOSE ANTONIO ARMENDARIZ
27078-279
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808