UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSE ANTONIO ARMENDARIZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00423-MPB-MJD ) |
| STEVE KALLIS Warden, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT in favor of the respondent and against the petitioner. The petition for a writ of habeas corpus related to Report No. 3680726 is denied and the action is **dismissed with prejudice**.

Date: August 21, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JOSE ANTONIO ARMENDARIZ
27078-279
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Joi Kamper
DOJ-USAO
joi.kamper@usdoj.gov